JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE ANN BECERRA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO[1],<br>Commissioner of Social Security,<br><br>Respondent. | Case No. 2:24-cv-06757-CAS-MAA<br><br>**JUDGMENT** |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge filed herewith,

///

///

///

///

///

---

[1] Frank Bisignano became Commissioner of Social Security on May 6, 2025. Under Federal Rule of Civil Procedure 25(d), he is automatically substituted for Martin O'Malley as Defendant in this suit.

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded for further administrative proceedings.

DATED: September 8, 2025

_Christina A. Snyder_
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE