**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARRIE ANN BECERRA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FRANK BISIGNANO,<br><br>Commissioner of Social Security,<br><br>Social Security Administration,<br><br>　　　　Defendant. | Case No. 2:24-cv-06757-CAS-MAA<br><br>**ORDER GRANTING JOINT MOTION FOR SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL JUSTICE ACT, 28 § 2412(d)** |

Based upon the Joint Motion for Settlement of Attorney Fees Pursuant to the Equal Justice Act, 28 U.S.C. § 2412(d) and costs of suit:

**IT IS ORDERED** that fees in the amount of $7069.52 as authorized by 28 U.S.C. § 2412(d) be awarded subject to the terms of the Joint Motion.

Dated: October 21, 2025

　　　　　　　　　　　　　　　　　*Christina A. Snyder*
　　　　　　　　　　　　　　　　　Hon. Christina A. Snyder
　　　　　　　　　　　　　　　　　United States District Judge

- 1 -

Order On Joint Motion for Attorney's Fees Award